Opinion approved by the Court.

Brooks ESTES

v.

STATE.

No. 28602.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Unlawful possession of heroin is the offense; the punishment, five years in the penitentiary.

Accompanying the record is appellant's personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.